FILED

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0353

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 19-0353

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT WAYNE ANDERSON,

Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 27th, 2020 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2020